United States District Court
Southern District of Texas
**ENTERED**
December 05, 2022
Nathan Ochsner, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# GALVESTON DIVISION

No. 3:22-0315

JOHN CARTRETTE, SPN # 387051, PLAINTIFF,

v.

GALVESTON COUNTY, DEFENDANT.

## ORDER OF DISMISSAL

JEFFREY VINCENT BROWN, *UNITED STATES DISTRICT JUDGE*:

John Cartrette filed a civil-rights complaint under 42 U.S.C. § 1983 when incarcerated in the Galveston County Jail. On September 28, 2022, the court granted Cartrette leave to proceed *in forma pauperis* and assessed an initial fee of $8.00. To date, Cartrette has not submitted the initial payment.

Online public records show that Cartrette has been released from the Galveston County Jail. *See* Inmate Inquiry, Galveston County Jail, available at https://p2c.galvestoncountytx.gov/jailinmates.aspx (last visited Nov. 29, 2022). He has not provided the court with an updated address as instructed in the court's previous order. Dkt. 10, at 3.

Under the inherent powers necessarily vested in a district court to manage its own affairs, the court determines that dismissal for want of prosecution is

appropriate. *See* FED. R. CIV. P. 41(b); *Gates v. Strain*, 885 F.3d 874 (5th Cir. 2018); *Nottingham v. Warden, Bill Clements Unit*, 837 F.3d 438, 440–41 (5th Cir. 2016) (a district court may dismiss an action *sua sponte* for failure to prosecute an action or to comply with court orders). However, relief from this order may be granted if the plaintiff makes a proper showing under Rule 60(b) of the Federal Rules of Civil Procedure.

The court orders that this case is **DISMISSED without prejudice**. All pending motions, if any, are denied as moot.

The Clerk will provide a copy of this order to the parties.

Signed on Galveston Island this __5th__ day of __December__, 2022.

_____
JEFFREY VINCENT BROWN
UNITED STATES DISTRICT JUDGE